358 A.2d 86

Pisani Brothers, Inc. v. Elkin Motor Sales, Inc.,
et al., Appellants.

Argued
April 19, 1976.   Walter F. Mauersberg, for appellants;
Sidney R. Finkel, with him Savage and Finkel, for appellee.

Judgment affirmed.

SPAETH, J., absent.

358 A.2d 74

Plyler v. McClellan et ux., Appellants.

Argued April 12, 1976.
Bernard J. Hessley, for appellants;  William R. Mervine,
for appellee.

Order affirmed.